[No. 10,615.—Department One.]

# THE PEOPLE v. OWEN BURNS.

ALIBI—INSTRUCTION—REASONABLE DOUBT.

APPEAL from a judgment of conviction, and from an order denying a new trial, in the Superior Court of the City and County of San Francisco.   FREELON, J.

The Court instructed the jury: "The defense of an *alibi* is a legitimate defense, and is in fact, when thoroughly proved, the most logical defense that can be possibly introduced."

*C. B. Darwin*, for Appellant.

The Court, in effect, charged the jury that the defense of *alibi* must be thoroughly proved.

*A. L. Hart*, Attorney General, for Respondent.

The COURT:

On the authority of *People* v. *O'Neil*, *supra*, judgment and order affirmed.